**DR. JOHN T. MacDONALD FOUNDA-TION, INC., d/b/a Doctors' Hospital, Etc., Plaintiff-Appellant,**

v.

**F. David MATHEWS, Secretary of Health, Education & Welfare, et al., Defendants-Appellees.**

No. 75–2966.

United States Court of Appeals, Fifth Circuit.

Oct. 26, 1977.

Aubrey V. Kendall, Charles C. Kline, Miami, Fla., for plaintiff-appellant.

Robert W. Rust, John S. Berk, Asst. U. S. Attys., Miami, Fla., Robert E. Kopp, Appellate Section, Richard A. Olderman, John M. Rogers, Civ. Div., Dept. of Justice, Washington, D. C., for defendants-appellees.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

Before BROWN, Chief Judge, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT, HILL, FAY and RUBIN, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule for the filing of supplemental briefs.

■

**Josephine J. CHAMBLISS, Individually and on behalf of all others similarly situated, Plaintiff-Appellant,**

v.

**J. R. FOOTE, Individually and as Chairman of Mathematics Department, University of New Orleans, et al., Defendants-Appellees.**

No. 76–3628
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Nov. 10, 1977.

Rehearing and Rehearing En Banc Denied Jan. 9, 1978.

Alvin O. Chambliss, Oxford, Miss., Hilliard Fazande, II, New Orleans, La., for plaintiff-appellant.

Rutledge C. Clement, Jr., Harry A. Rosenberg, Bradley N. Gater, New Orleans, La., for defendants-appellees.

Before AINSWORTH, MORGAN and GEE, Circuit Judges.

PER CURIAM:

We affirm on the basis of the district court's opinion, *Chambliss v. Foote*, 421 F.Supp. 12 (E.D.La.1976). The motion to supplement the record is denied.

* Rule 18, 5 Cir., *Isbell Enterprises, Inc. v. Citizens Casualty Company of New York, et al.*, 5 Cir., 1970, 431 F.2d 409, Part I.